IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Phyllis A. Huster, | ) |
| | ) |
| Plaintiff, | ) No. 13-cv-06143 |
| v. | ) |
| | ) Hon. Joan H. Lefkow |
| j2 Global Communication, Inc., | ) |
| Advanced Messaging Technologies, | ) |
| Inc., Unified Messaging Solutions, LLC, | ) |
| Acacia Patent Acquisition LLC, and | ) |
| Charles R. Bobo II, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' MOTION TO
DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(3) AND 12(b)(6) AND TO
STRIKE REQUEST FOR DAMAGES UNDER FED. R. CIV. P. 12(f)**

Defendants j2 Global, Inc.[1] ("j2"), Advanced Messaging Technologies, Inc. ("AMT"), Unified Messaging Solutions LLC ("UMS"), Acacia Research Group LLC[2] ("Acacia") and Charles R. Bobo II ("Bobo;" collectively, "Defendants") respectfully submit this Motion to Dismiss Plaintiff Phyllis Huster's ("Huster" or "Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3) on the ground that venue is improper and under Federal Rule of Civil Procedure 12(b)(6), on the ground that Plaintiff's claim is barred by laches as a

---

[1] j2 Global, Inc. is incorrectly named in the Complaint as "j2 Global Communication, Inc."

[2] Acacia Research Group LLC is incorrectly named in the Complaint as "Acacia Patent Acquisition LLC."

matter of law, and also to strike portions of the Prayer for Relief under Federal Rule of Civil Procedure 12(f).[3]

For the reasons set forth above and in Defendants' Memorandum submitted in support of this Motion, the Court should dismiss this case for improper venue and failure to state a claim, and strike Huster's request for damages.

Dated: October 28, 2013                    Respectfully submitted,

/s/William B. Berndt
Paula E. Litt
William B. Berndt
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois  60606
(312) 701-9300
(312) 701-9335 (facsimile)

Robert A. Sacks (*pro hac vice pending*)
Brian R. England (*pro hac vice*)
Edward E. Johnson (*pro hac vice pending*)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California  90067
(310) 712-6600
(310) 712-8800 (facsimile)

*Attorneys for Defendants j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

---

[3] In addition to this Motion brought jointly by all Defendants, Bobo is moving separately to dismiss the Complaint for lack of personal jurisdiction, and appears specially here without waiving his jurisdictional objections.  j2 and Acacia are also moving separately to dismiss the Complaint on the ground that they are not proper defendants because they have no ownership interest in the Patents-in-Suit.

/s/Timothy E. Grochocinski
Timothy E. Grochocinski
Illinois State Bar No. 6295055
INNOVALAW, P.C.
1900 Ravina Place
Orland Park, IL 60462
(708) 675-1974
teg@innovalaw.com

Edward R. Nelson, III (*pro hac vice pending*)
NELSON BUMGARDNER CASTO, PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
enelson@nbclaw.net

*Attorneys for Defendant Unified Messaging Solutions LLC*

/s/ Timothy P. Maloney
Timothy P. Maloney
Jared E. Hedman
FITCH, EVEN, TABIN &
FLANNERY LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312-577-7000
Facsimile: 312-577-7007

*Attorneys for Defendant
Charles R. Bobo II*

/s/Julie Ann Meyer
Julie Ann Meyer
ARNSTEIN & LEHR, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-6903
Email: jameyer@arnstein.com

Marc J. Schneider (*pro hac vice pending*)
Sarah S. Brooks (*pro hac vice pending*)
STRADLING, YOCCA, CARLSON, & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100
mschneider@sycr.com
sbrooks@sycr.com

*Attorneys for Defendant*
*Acacia Patent Acquisition LLC*

## CERTIFICATE OF SERVICE

I, William B. Berndt, an attorney, certify that the foregoing **Defendants' Motion to Dismiss Plaintiff Phyllis Huster's Complaint pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6) and to Strike Request for Damages under Fed. R. Civ. P. 12(f)** was filed electronically with the Clerk of the Court using the CM/ECF system on this 28th day of October, 2013, which will automatically send email notifications of such filing to all counsel of record.

/s/William B. Berndt