IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Phyllis A. Huster, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13-cv-06143 |
| v. | ) | |
| | ) | Hon. Joan H. Lefkow |
| j2 Global Communication, Inc., | ) | |
| Advanced Messaging Technologies, | ) | |
| Inc., Unified Messaging Solutions, LLC, | ) | |
| Acacia Patent Acquisition LLC, and | ) | |
| Charles R. Bobo II, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION FOR ENTRY OF**
**AGREED BRIEFING SCHEDULE ON MOTIONS TO DISMISS**

Plaintiff Phyllis Huster ("Plaintiff"), and Defendants j2 Global, Inc. ("j2"), Advanced Messaging Technologies, Inc. ("AMT"), Unified Messaging Solutions LLC ("UMS"), Acacia Research Group LLC ("Acacia") and Charles R. Bobo II ("Bobo;" collectively, "Defendants") respectfully request that the Court enter an agreed briefing schedule on Defendants' Motions to Dismiss. If the Court enters the parties' agreed briefing schedule, the parties also request that the Court strike the presentment hearing on Defendants' Motion to Dismiss, currently scheduled for November 7, 2013.

1. On October 28, 2013, Defendants filed the following Motions to Dismiss and supporting Memoranda and Affidavits:

- Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6) and to Strike Request for Damages Under Fed. R. Civ. P. 12(f) (Docket Nos. 36 and 37);

- Charles R. Bobo, II's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction (Docket Nos. 35, 38 and 39);

- Defendant j2 Global, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 42);

- Defendant Acacia Research Group LLC's Motion to Dismiss (Docket Nos. 44 and 46).

2. Plaintiff and Defendants have agreed to a briefing schedule on all of the above motions. Pursuant to that Agreement, Plaintiff will file oppositions to the motions to dismiss on December 5, 2013, and Defendants will file reply briefs in support of the motions to dismiss on or before January 9, 2013.

3. If the Court enters the parties' agreed briefing schedule, the parties request that the presentment hearing on Defendants' Motion to Dismiss, scheduled for November 7, 2013 at 8:30 a.m., be stricken.

WHEREFORE, for the foregoing reasons, the parties request that the Court enter an Order:  1) requiring Plaintiff to file oppositions to Defendants' Motions to Dismiss on or before December 5, 2013; 2) requiring Defendants to file their reply briefs in support of their Motions to Dismiss on or before January 9, 2013; and 3) striking the November 7, 2013 presentment hearing on Defendants' Motions to Dismiss.

Dated:  November 6, 2013						Respectfully submitted,

/s/John R. Crossan
John R. Crossan
CROSSAN INTELLECTUAL PROPERTY LAW, LLC
444 N. Michigan Ave., #2600
Chicago, Illinois 60611
(312) 670-6860
(312) 264-0770 (facsimile)

*Attorneys for Plaintiff Phyllis Huster*

/s/William B. Berndt
Paula E. Litt
William B. Berndt
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois  60606
(312) 701-9300
(312) 701-9335 (facsimile)

Robert A. Sacks (*pro hac vice*)
Brian R. England (*pro hac vice*)
Edward E. Johnson (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California  90067
(310) 712-6600
(310) 712-8800 (facsimile)

*Attorneys for Defendants j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

/s/Timothy E. Grochocinski
Timothy E. Grochocinski
Illinois State Bar No. 6295055
INNOVALAW, P.C.
1900 Ravina Place
Orland Park, IL 60462
(708) 675-1974
teg@innovalaw.com

Edward R. Nelson, III (*pro hac vice*)
NELSON BUMGARDNER CASTO, PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
enelson@nbclaw.net

*Attorneys for Defendant Unified Messaging Solutions LLC*

/s/ Timothy P. Maloney
Timothy P. Maloney
Jared E. Hedman
FITCH, EVEN, TABIN &
FLANNERY LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312-577-7000
Facsimile: 312-577-7007

*Attorneys for Defendant
Charles R. Bobo II*

/s/Julie Ann Meyer
Julie Ann Meyer
ARNSTEIN & LEHR, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-6903
Email: jameyer@arnstein.com

Marc J. Schneider (*pro hac vice*)
Sarah S. Brooks (*pro hac vice*)
STRADLING, YOCCA, CARLSON, & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100
mschneider@sycr.com
sbrooks@sycr.com

*Attorneys for Defendant*
*Acacia Patent Acquisition LLC*

## CERTIFICATE OF SERVICE

I, William B. Berndt, an attorney, certify that the foregoing **Joint Motion for Entry of Agreed Briefing Schedule** was filed electronically with the Clerk of the Court using the CM/ECF system on this 6th day of November, 2013, which will automatically send email notifications of such filing to all counsel of record.

/s/William B. Berndt