### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PHYLLIS A. HUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 13 C 6143 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| j2 GLOBAL COMMUNICATION, INC., et al. | ) ) ) | |
| Defendants. | ) | |

## ORDER

This case is hereby transferred to the United States District Court for the Northern District of Georgia. (See Opinion and Order). Civil case terminated.

Date: September 19, 2014                                 _____
                                                                              U.S. District Judge Joan H. Lefkow