## United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:13–cv–06143

Huster v. j2 Global Communications, Inc. et al  
Assigned to: Honorable Joan H. Lefkow  
Lead case: 1:12–cv–06286  
Member cases:
   1:12–cv–06289
   1:12–cv–06290
   1:12–cv–01487
   1:12–cv–01488
   1:12–cv–01489
   1:12–cv–01490
   1:12–cv–01492
   1:12–cv–01494
   1:12–cv–06640
   1:12–cv–06641
   1:12–cv–06643
   1:12–cv–06644
   1:12–cv–06645
   1:12–cv–06628
   1:12–cv–06630
   1:12–cv–06631
   1:12–cv–06633
   1:12–cv–06635
   1:12–cv–06636
   1:12–cv–06637
   1:12–cv–06648
   1:12–cv–06650
   1:12–cv–06293
   1:12–cv–06292
   1:12–cv–06291
   1:13–cv–00278
   1:13–cv–00276
   1:13–cv–00274
   1:13–cv–00267
   1:13–cv–00271
   1:13–cv–00270
   1:13–cv–00269
   1:13–cv–00272
   1:13–cv–00273
   1:13–cv–00275

Date Filed: 08/28/2013  
Date Terminated: 09/19/2014  
Jury Demand: None  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

1:13–cv–00277
1:13–cv–00324
1:13–cv–00327
1:13–cv–00333
1:13–cv–00337
1:13–cv–00338
1:13–cv–00339
1:13–cv–00340
1:13–cv–00343
1:13–cv–00344
1:13–cv–00346
1:13–cv–03005
1:13–cv–03006
1:13–cv–02999
1:13–cv–03000
1:13–cv–03002
1:13–cv–03001
1:13–cv–03007
1:13–cv–03008
1:13–cv–05595
1:13–cv–06143

Cause: 35:271 Patent Infringement

**Plaintiff**

**Phyllis A Huster**     represented by     **James M. Falvey**
Law Office of James Falvey
200 S. Wacker Drive
Suite 3100
Chicago, IL 60606
(312) 404 5839
Email: jimfalvey@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Crossan**
Crossan Intellectual Property Law, LLC
444 N. Michigan Ave., #2600
Chicago, IL 60611–3903
312 670 6860
Email: jrc@crossaniplaw.com
*TERMINATED: 01/06/2014*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**j2 Global Communications, Inc.**     represented by     **Brian R. England**
Sullivan &Cromwell LLP

1888 Century Park East
Suite 2100
Los Angeles, CA 90067
310 712 6600
Email: englandb@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Edward E. Johnson**
Sullivan &Cromwell LLP
1888 Century Park East
Suite 2100
Los Angeles, CA 90067
310 712 6600
Email: johnsonee@sullcrom.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paula Enid Litt**
Schopf &Weiss LLP
One South Wacker Drive
28th Floor
Chicago, IL 60606
(312) 701–9300
Email: litt@sw.com
*ATTORNEY TO BE NOTICED*

**Robert A. Sacks**
Sullivan &Cromwell LLP
1888 Century Park East
Suite 2100
Los Angeles, CA 90067
310 712 6600
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Butler Berndt**
Schopf &Weiss LLP
One South Wacker Drive
28th Floor
Chicago, IL 60606
(312) 701–9300
Fax: 3127019335
Email: berndt@sw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Advanced Messaging Technologies, Inc.**         represented by   **Brian R. England**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paula Enid Litt**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **William Butler Berndt**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Unified Messaging Solutions, LLC** | represented by | **Aaron Ward Purser** |
| | | InnovaLaw, P.C. |
| | | 1900 Ravinia Place |
| | | Orland Park, IL 60462 |
| | | (312) 576–1847 |
| | | Email: apurser@innovalaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Edward R Nelson** |
| | | Nelson Bumgardner Casto PC |
| | | 3131 West 7th St. |
| | | Suite 300 |
| | | Ft Worth, TX 76107 |
| | | (817) 377–3485 |
| | | Email: enelson@nbclaw.net |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Timothy E. Grochocinski** |
| | | InnovaLaw, LLC |
| | | 15020 S. Ravinia Ave. Suite 29 |
| | | Orland Park, IL 60462 |
| | | (314) 853–8146 |
| | | Email: teg@innovalaw.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Acacia Patent Acquisition LLC** | represented by | **Julie Ann Meyer** |
| | | Arnstein &Lehr, Llp |
| | | 120 S. Riverside Plaza, Suite 1200 |
| | | Chicago, IL 60606 |
| | | (312) 876–6903 |
| | | Email: jameyer@arnstein.com |
| | | *TERMINATED: 02/05/2014* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Marc J Schneider** |
| | | Stradling, Yocca, Aarlson &Rauth, P.C. |
| | | 660 Newport Center Drive, Suite 1600 |
| | | Newport Beach, CA 92660 |
| | | (949) 725–4137 |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Megan Pike Toth** |
| | | Arnstein &Lehr Llp |
| | | 120 S. Riverside Plaza |

Suite 1200
Chicago, IL 60606
(312) 876–7812
Email: mptoth@arnstein.com
*ATTORNEY TO BE NOTICED*

**Sarah S Brooks**
Stradling, Yocca, Carlson &Rauth, P.C.
100 Wilshire Blvd, Suite 440
Santa Monica, CA 90401
(424) 214–7000
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Mr. Charles R Bobo, II** | represented by | **Timothy P. Maloney**<br>Fitch, Even, Tabin &Flannery<br>120 South LaSalle Street<br>Suite 1600<br>Chicago, IL 60603–3406<br>(312) 577–7000<br>Email: tpmalo@fitcheven.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jared E Hedman**<br>Fitch Even Tabin &Flannery LLP<br>120 South LaSalle Street<br>Suite # 1600<br>Chicago, IL 60603<br>(312) 577–7000<br>Fax: (312) 577–7007<br>Email: jhedman@fitcheven.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2013 | Ï 1 | COMPLAINT filed by Phyllis A Huster; Filing fee $ 400, receipt number 0752–8680347. (Attachments: # 1 Civil Cover Sheet Form JS44, # 2 Supplement Atty Appearance for Plf)(Crossan, John) (Entered: 08/28/2013) |
| 08/28/2013 | Ï | CASE ASSIGNED to the Honorable Samuel Der–Yeghiayan. Designated as Magistrate Judge the Honorable Jeffrey T. Gilbert. (nsf, ) (Entered: 08/28/2013) |
| 08/29/2013 | Ï 2 | MAILED patent report to Patent Trademark Office, Alexandria VA. (tlm) (Entered: 08/29/2013) |
| 09/03/2013 | Ï 3 | EXECUTIVE COMMITTEE ORDER: It appearing that 13C 6143, Huster v. j2 Global Communications, Inc., et al., was assigned on August 28, 2013 to the calendar of the Hon. Samuel Der–Yeghiayan due to clerical error; and It appearing that the Hon. Joan H. Lefkow is presiding over MDL 2371 (12 C 6286, In Re: Unified Messaging Solutions LLC Patent Litigation; and It further appearing that case 13 C 6143, Huster v. j2 Global Communications, Inc., et al. pending before the Hon. Samuel Der–Yeghiayan falls within the scope of MDL 2371; therefore It is ordered, that case 13 C 6143 be directly reassigned Judge Lefkow. Case reassigned to the Honorable Joan H. Lefkow for all further proceedings. Signed by Executive Committee on |

| | | |
|---|---|---|
| | | 9/3/13. (ef, ) (Entered: 09/03/2013) |
| 09/06/2013 | Ï 4 | SUMMONS Returned Executed by Phyllis A Huster as to j2 Global Communications, Inc. on 9/5/2013, answer due 9/26/2013. (Crossan, John) (Entered: 09/06/2013) |
| 09/06/2013 | Ï 5 | SUMMONS Returned Executed by Phyllis A Huster as to Advanced Messaging Technologies, Inc. on 9/5/2013, answer due 9/26/2013. (Crossan, John) (Entered: 09/06/2013) |
| 09/16/2013 | Ï 6 | SUMMONS Returned Executed by Phyllis A Huster as to Acacia Patent Acquisition LLC on 9/10/2013, answer due 10/1/2013. (Crossan, John) (Entered: 09/16/2013) |
| 09/16/2013 | Ï 7 | SUMMONS Returned Executed by Phyllis A Huster as to Unified Messaging Solutions, LLC on 9/10/2013, answer due 10/1/2013. (Crossan, John) (Entered: 09/16/2013) |
| 09/19/2013 | Ï 8 | ATTORNEY Appearance for Defendants Advanced Messaging Technologies, Inc., j2 Global Communications, Inc. by William Butler Berndt (Berndt, William) (Entered: 09/19/2013) |
| 09/19/2013 | Ï 9 | MOTION by Defendants Advanced Messaging Technologies, Inc., j2 Global Communications, Inc. for extension of time *to answer or otherwise plead* (Berndt, William) (Entered: 09/19/2013) |
| 09/19/2013 | Ï 10 | NOTICE of Motion by William Butler Berndt for presentment of extension of time 9 before Honorable Joan H. Lefkow on 9/24/2013 at 08:30 AM. (Berndt, William) (Entered: 09/19/2013) |
| 09/19/2013 | Ï 11 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Advanced Messaging Technologies, Inc., j2 Global Communications, Inc. (Berndt, William) (Entered: 09/19/2013) |
| 09/19/2013 | Ï 12 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752−8750548. (Berndt, William) (Entered: 09/19/2013) |
| 09/20/2013 | Ï 13 | ATTORNEY Appearance for Defendants Advanced Messaging Technologies, Inc., j2 Global Communications, Inc. by Paula Enid Litt (Litt, Paula) (Entered: 09/20/2013) |
| 09/23/2013 | Ï 14 | MINUTE entry before Honorable Joan H. Lefkow:Application Brian R. England of to appear pro hac vice on behalf of j2 Global, Inc., and Advanced Messaging Technologies, Inc. 12 is granted.Mailed notice (mad, ) (Entered: 09/23/2013) |
| 09/23/2013 | Ï 15 | MINUTE entry before Honorable Joan H. Lefkow:Motion of j2 Global, Inc., and Advanced Messaging Technologies, Inc. for extension of time to 10/28/2013 to answer or otherwise plead 9 is granted.Mailed notice (mad, ) (Entered: 09/23/2013) |
| 09/25/2013 | Ï 16 | ATTORNEY Appearance for Defendant Unified Messaging Solutions, LLC by Timothy E. Grochocinski (Grochocinski, Timothy) (Entered: 09/25/2013) |
| 09/25/2013 | Ï 17 | ATTORNEY Appearance for Defendant Unified Messaging Solutions, LLC by Aaron Ward Purser (Purser, Aaron) (Entered: 09/25/2013) |
| 09/25/2013 | Ï 18 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Unified Messaging Solutions, LLC (Grochocinski, Timothy) (Entered: 09/25/2013) |
| 09/25/2013 | Ï 19 | MOTION by Defendant Unified Messaging Solutions, LLC for extension of time to file answer *or otherwise plead* (Grochocinski, Timothy) (Entered: 09/25/2013) |
| 09/25/2013 | Ï 20 | NOTICE of Motion by Timothy E. Grochocinski for presentment of motion for extension of time to file answer 19 before Honorable Joan H. Lefkow on 10/1/2013 at 08:30 AM. (Grochocinski, Timothy) (Entered: 09/25/2013) |
| 09/30/2013 | Ï 21 | MINUTE entry before Honorable Joan H. Lefkow:Motion of Unified Messaging Solutions for extension of time to 10/28/2013 to answer or otherwise plead 19 is granted.Mailed notice (mad, ) (Entered: 09/30/2013) |

| | | |
|---|---|---|
| 09/30/2013 | 22 | MINUTE entry before Honorable Joan H. Lefkow:As indicated at the status hearing on 9/27/2013 in Case No. 12 C 6286, Mr. Charles R Bobo, II is to answer or otherwise plead to the complaint by 10/28/2013. Mailed notice (mad, ) (Entered: 09/30/2013) |
| 10/09/2013 | 23 | SUMMONS Returned Executed by Phyllis A Huster as to Charles R Bobo, II on 9/30/2013, answer due 10/21/2013. (Crossan, John) (Entered: 10/09/2013) |
| 10/22/2013 | 24 | ATTORNEY Appearance for Defendant Acacia Patent Acquisition LLC by Julie Ann Meyer (Meyer, Julie) (Entered: 10/22/2013) |
| 10/22/2013 | 25 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752−8852031. (Attachments: # 1 Exhibit Attachment A to Pro Hac Vice Application of Marc J. Schneider)(Meyer, Julie) (Entered: 10/22/2013) |
| 10/22/2013 | 26 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752−8852186. (Meyer, Julie) (Entered: 10/22/2013) |
| 10/24/2013 | 27 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752−8863296. *Ed Nelson* (Grochocinski, Timothy) (Entered: 10/24/2013) |
| 10/24/2013 | 28 | NOTICE of Motion by Timothy E. Grochocinski for presentment of motion to appear pro hac vice 27 before Honorable Joan H. Lefkow on 11/5/2013 at 09:30 AM. (Grochocinski, Timothy) (Entered: 10/24/2013) |
| 10/25/2013 | 29 | ATTORNEY Appearance for Defendant Charles R Bobo, II by Timothy P. Maloney (Maloney, Timothy) (Entered: 10/25/2013) |
| 10/25/2013 | 30 | ATTORNEY Appearance for Defendant Charles R Bobo, II by Jared E Hedman (Hedman, Jared) (Entered: 10/25/2013) |
| 10/25/2013 | 31 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752−8868943. (Johnson, Edward) (Entered: 10/25/2013) |
| 10/25/2013 | 32 | CERTIFICATE of Service (Johnson, Edward) (Entered: 10/25/2013) |
| 10/28/2013 | 33 | MOTION for Leave to Appear Pro Hac Vice (Sacks, Robert) (Entered: 10/28/2013) |
| 10/28/2013 | 34 | PAYMENT by j2 Global Communications, Inc. of Pro Hac Fee $ 50, receipt number 0752−8872503. (Sacks, Robert) (Entered: 10/28/2013) |
| 10/28/2013 | 35 | MOTION by Defendant Charles R Bobo, II to dismiss for lack of jurisdiction *Pursuant to Fed. R. Civ. P. 12(b)(2)* (Maloney, Timothy) (Entered: 10/28/2013) |
| 10/28/2013 | 36 | MOTION by Defendants Charles R Bobo, II, Unified Messaging Solutions, LLC, Advanced Messaging Technologies, Inc., j2 Global Communications, Inc., Acacia Patent Acquisition LLC to dismiss (Berndt, William) (Entered: 10/28/2013) |
| 10/28/2013 | 37 | MEMORANDUM by Acacia Patent Acquisition LLC, Advanced Messaging Technologies, Inc., Charles R Bobo, II, Unified Messaging Solutions, LLC, j2 Global Communications, Inc. in support of motion to dismiss 36 (Berndt, William) (Entered: 10/28/2013) |
| 10/28/2013 | 38 | MEMORANDUM by Charles R Bobo, II in support of motion to dismiss/lack of jurisdiction 35 *Pursuant to Fed. R. Civ. P. 12(b)(2)* (Maloney, Timothy) (Entered: 10/28/2013) |
| 10/28/2013 | 39 | AFFIDAVIT by Defendant Charles R Bobo, II in Support of MOTION by Defendant Charles R Bobo, II to dismiss for lack of jurisdiction *Pursuant to Fed. R. Civ. P. 12(b)(2)* 35 (Maloney, Timothy) (Entered: 10/28/2013) |
| 10/28/2013 | 40 | |

| | | |
|---|---|---|
| | | NOTICE of Motion by William Butler Berndt for presentment of motion to dismiss 36 before Honorable Joan H. Lefkow on 11/7/2013 at 08:30 AM. (Berndt, William) (Entered: 10/28/2013) |
| 10/28/2013 | 41 | NOTICE of Motion by Timothy P. Maloney for presentment of motion to dismiss/lack of jurisdiction 35 before Honorable Joan H. Lefkow on 11/7/2013 at 08:30 AM. (Maloney, Timothy) (Entered: 10/28/2013) |
| 10/28/2013 | 42 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *j2 Global, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* (Berndt, William) (Entered: 10/28/2013) |
| 10/28/2013 | 43 | NOTICE of Motion by William Butler Berndt for presentment of Motion to Dismiss for Failure to State a Claim 42 before Honorable Joan H. Lefkow on 11/7/2013 at 08:30 AM. (Berndt, William) (Entered: 10/28/2013) |
| 10/28/2013 | 44 | MOTION by Defendant Acacia Patent Acquisition LLC to dismiss *Motion to Dismiss* (Meyer, Julie) (Entered: 10/28/2013) |
| 10/28/2013 | 45 | NOTICE of Motion by Julie Ann Meyer for presentment of motion to dismiss before Honorable Joan H. Lefkow on 11/7/2013 at 8:30 AM. (Meyer, Julie) (Docket text Modified by Clerk's Office.). (Entered: 10/28/2013) |
| 10/28/2013 | 46 | MEMORANDUM by Acacia Patent Acquisition LLC in support of motion to dismiss 44 (Meyer, Julie) (Entered: 10/28/2013) |
| 10/30/2013 | 47 | NOTICE of Motion by Julie Ann Meyer for presentment of before Honorable Joan H. Lefkow on 11/7/2013 at 08:30 AM. (Meyer, Julie) (Entered: 10/30/2013) |
| 11/05/2013 | 48 | MINUTE entry before Honorable Joan H. Lefkow:Motion of Marc J. Schneider for leave to appear pro hac vice on behalf of Acacia Patent Acquisition, LLC 25 is granted. Motion of Sarah Brooks for leave to appear pro hac vice on behalf of Acacia Patent Acquisition, LLC 26 is granted. Mailed notice (mad, ) (Entered: 11/05/2013) |
| 11/05/2013 | 49 | MINUTE entry before Honorable Joan H. Lefkow:Motion of Edward R. Nelson, III for leave to appear pro hac vice on behalf of Unified Messaging Solutions, LLC 27 is granted. Mailed notice (mad, ) (Entered: 11/05/2013) |
| 11/05/2013 | 50 | MINUTE entry before Honorable Joan H. Lefkow:Motion of Edward Eric Johnson for leave to appear pro hac vice on behalf of j2 Global Communications, Inc. 31 is granted. Mailed notice (mad, ) (Entered: 11/05/2013) |
| 11/05/2013 | 51 | MINUTE entry before Honorable Joan H. Lefkow:Motion of Robert A. Sacks for leave to appear pro hac vice on behalf of j2 Global Communications, Inc. 33 is granted. Mailed notice (mad, ) (Entered: 11/05/2013) |
| 11/06/2013 | 52 | MOTION by Defendants Acacia Patent Acquisition LLC, Advanced Messaging Technologies, Inc., Charles R Bobo, II, Unified Messaging Solutions, LLC, j2 Global Communications, Inc., Plaintiff Phyllis A Huster to set a briefing schedule *Joint Motion for Entry of Agreed Briefing Schedule on Motions to Dismiss* (Berndt, William) (Entered: 11/06/2013) |
| 11/06/2013 | 53 | MINUTE entry before Honorable Joan H. Lefkow:Joint motion to set a briefing schedule 52 is granted. Plaintiff to file oppositions to Defendants' Motions to Dismiss 35 , 36 , 42 , 44 on or before December 5, 2013. Defendants to file their reply briefs in support of their Motions to Dismiss on or before January 9, 2013. The November 7, 2013 presentment hearing on Defendants' Motions to Dismiss is stricken.Mailed notice (mad, ) (Entered: 11/06/2013) |
| 12/05/2013 | 54 | MEMORANDUM by Phyllis A Huster in Opposition to motion to dismiss 36 *due to alleged laches* (Crossan, John) (Entered: 12/05/2013) |

| | | |
|---|---|---|
| 12/05/2013 | 55 | MEMORANDUM by Phyllis A Huster in Opposition to motion to dismiss 36 *portions of prayer for relief* (Crossan, John) (Entered: 12/05/2013) |
| 12/05/2013 | 56 | MEMORANDUM by Phyllis A Huster in Opposition to Motion to Dismiss for Failure to State a Claim 42 , motion to dismiss 44 *for lack of current ownership* (Attachments: # 1 Exhibit Exs. A–C to memo, # 2 Exhibit Exs. D–I to memo)(Crossan, John) (Entered: 12/05/2013) |
| 12/05/2013 | 57 | MEMORANDUM by Phyllis A Huster in Opposition to motion to dismiss 36 , motion to dismiss/lack of jurisdiction 35 *over the persons of Bobo, j2, Acacia* (Crossan, John) (Entered: 12/05/2013) |
| 12/05/2013 | 58 | MEMORANDUM by Phyllis A Huster in Opposition to Motion to Dismiss for Failure to State a Claim 42 , motion to dismiss 36 , motion to dismiss 44 , motion to dismiss/lack of jurisdiction 35 *overview of response to various portions and combinations* (Crossan, John) (Entered: 12/05/2013) |
| 12/10/2013 | 59 | MOTION by counsel for Plaintiff Phyllis A Huster to withdraw as attorney *for Plaintiff* (Crossan, John) (Entered: 12/10/2013) |
| 12/10/2013 | 60 | NOTICE of Motion by John R. Crossan for presentment of motion to withdraw as attorney 59 before Honorable Joan H. Lefkow on 1/7/2014 at 11:00 AM. (Crossan, John) (Entered: 12/10/2013) |
| 12/10/2013 | 61 | MOTION by counsel for Plaintiff Phyllis A Huster to withdraw as attorney *for Plaintiff P.A. Huster* (Crossan, John) (Entered: 12/10/2013) |
| 12/17/2013 | 62 | MOTION by Defendants Acacia Patent Acquisition LLC, Advanced Messaging Technologies, Inc., Charles R Bobo, II, Unified Messaging Solutions, LLC, j2 Global Communications, Inc. for extension of time to file response/reply as to order on motion to set a briefing schedule,, terminate hearings,, set motion and RRdeadlines/hearings, 53 *Agreed Motion For An Extension Of Time To File Reply Briefs* (Berndt, William) (Entered: 12/17/2013) |
| 12/17/2013 | 63 | NOTICE of Motion by William Butler Berndt for presentment of motion for extension of time to file response/reply,, motion for relief,,,,, 62 before Honorable Joan H. Lefkow on 1/7/2014 at 11:00 AM. (Berndt, William) (Entered: 12/17/2013) |
| 01/06/2014 | 64 | ORDER: Motion of John R. Crossin for leave to withdraw as counsel for plaintiff 61 is granted. Status hearing is set for 1/21/2014 at 11:00 a.m. for new counsel to appear. Defendants' motion for extension of time to 1/23/2014 to file reply briefs in support of motions to dismiss 62 is granted. Signed by the Honorable Joan H. Lefkow on 1/6/2014 (td, ) (Entered: 01/07/2014) |
| 01/13/2014 | 65 | MOTION by Defendants Acacia Patent Acquisition LLC, Advanced Messaging Technologies, Inc., Charles R Bobo, II, Unified Messaging Solutions, LLC, j2 Global Communications, Inc. for extension of time to file response/reply as to order on motion to set a briefing schedule,, terminate hearings,, set motion and RRdeadlines/hearings, 53 *Second Agreed Motion For An Extension Of Time To File Reply Briefs* (Berndt, William) (Entered: 01/13/2014) |
| 01/13/2014 | 66 | NOTICE of Motion by William Butler Berndt for presentment of motion for extension of time to file response/reply,, motion for relief,,,,, 65 before Honorable Joan H. Lefkow on 1/16/2014 at 11:00 AM. (Berndt, William) (Entered: 01/13/2014) |
| 01/15/2014 | 67 | MINUTE entry before the Honorable Joan H. Lefkow:Defendants' motion for extension of time 65 to 2/6/2014 to file reply briefs in support of motions to dismiss is granted. Mailed notice (mad, ) (Entered: 01/15/2014) |
| 01/21/2014 | 68 | MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 1/21/2014. Oral motion of new counsel for plaintiff for leave to file his appearance is granted. Date of 2/6/2014 by which defendants are to file reply briefs in support of motions to dismiss will stand.Mailed |

| | | |
|---|---|---|
| | | notice (mad, ) (Entered: 01/21/2014) |
| 02/01/2014 | 69 | ATTORNEY Appearance for Plaintiff Phyllis A Huster by James M. Falvey (Falvey, James) (Entered: 02/01/2014) |
| 02/04/2014 | 70 | WITHDRAWING *Julie A. Meyer* as counsel for Defendant Acacia Patent Acquisition LLC and substituting Megan Pike Toth as counsel of record (Toth, Megan) (Entered: 02/04/2014) |
| 02/04/2014 | 71 | NOTICE by Acacia Patent Acquisition LLC re withdrawal substitution of counsel within same firm 70 (Toth, Megan) (Entered: 02/04/2014) |
| 02/06/2014 | 72 | REPLY by Defendant Acacia Patent Acquisition LLC to memorandum in support of motion 46 , motion to dismiss 44 (Toth, Megan) (Entered: 02/06/2014) |
| 02/06/2014 | 73 | REPLY by Defendant j2 Global Communications, Inc. to Motion to Dismiss for Failure to State a Claim 42 (Berndt, William) (Entered: 02/06/2014) |
| 02/06/2014 | 74 | REPLY by Defendants Acacia Patent Acquisition LLC, Advanced Messaging Technologies, Inc., Charles R Bobo, II, Unified Messaging Solutions, LLC, j2 Global Communications, Inc. to motion to dismiss 36 (Berndt, William) (Entered: 02/06/2014) |
| 02/06/2014 | 75 | REPLY by Charles R Bobo, II to memorandum in opposition to motion 57 *in Support of Charles R. Bobo II's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction* (Maloney, Timothy) (Entered: 02/06/2014) |
| 08/07/2014 | 76 | NOTICE by Timothy E. Grochocinski of Change of Address (Grochocinski, Timothy) (Entered: 08/07/2014) |
| 09/19/2014 | 77 | ORDER Entered by the Honorable Joan H. Lefkow on 9/19/2014: This case is hereby transferred to the United States District Court for the Northern District of Georgia. (See Opinion and Order). Civil case terminated. Mailed notice (tlm) (Entered: 09/22/2014) |
| 09/19/2014 | 78 | OPINION and Order Entered by the Honorable Joan H. Lefkow on 9/19/2014. Mailed notice (tlm) (Entered: 09/22/2014) |
| 10/14/2014 | 79 | TRANSFERRED to the Northern District of Georgia the electronic record. (tlm) (Entered: 10/14/2014) |