FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 15 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Phyllis A. Huster,  )
                    )
         Plaintiff, )  No. 1:14-CV-3304-ELR
    v.              )
                    )
j2 Global Communication, Inc.,       )
Advanced Messaging Technologies,     )
Inc., Unified Messaging Solutions, LLC, )
Acacia Patent Acquisition LLC, and   )
Charles R. Bobo II,                  )
                    )
         Defendants.)
                    )

## NOTICES OF PRIOR WITHDRAWAL AS COUNSEL FOR PLAINTIFF AND OF SUBSTITUTE COUNSEL'S APPEARANCE IN THE ILLINOIS CASE

Prior counsel of record for Plaintiff in the Illinois case, which has been transferred here, respectfully responds as follows to the December 4, 2014, mail notice from the Deputy Clerk of this Court as to my filing an appearance in this case and a *pro haec vice* application. Counsel declines the invitation.

Undersigned former counsel for Plaintiff was granted leave to withdraw from the Illinois case upon a dispute arising between him and his client, Ms. Huster, which was stated only immediately after his briefing of oppositions to six motions by defendants to dismiss that case. Ex. A is Judge Lefkow's granting of counsel's leave to withdraw, and Ex. B is the appearance of subsequent counsel in the Illinois case. Undersigned counsel has no further interest in this case apart from collecting his unpaid fees from plaintiff.

Plaintiff Ms. Huster can perhaps be reached directly, near Seattle, Washington, at the e-mail addresses shown in the certificate of service herein. Counsel has has a default judgment

against her in the Seattle court for unpaid fees incurred in the Illinois case, which now is in collection.

December 8, 2014                    Respectfully submitted,

/s/John R. Crossan
John R. Crossan
CROSSAN INTELLECTUAL PROPERTY LAW, LLC
444 N. Michigan Ave., #2600
Chicago, Illinois 60611
(312) 498-2365 (cellular)
(312) 264-0770 (facsimile)

*Former Attorney for Plaintiff Phyllis Huster*

Exhibits:                                                                 no.

    Illinois Order allowing counsel's withdrawal         A

    Appearance of substitute counsel in Illinois case     B

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Phyllis A. Huster, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 13 C 6143 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| j2 Global Communications, Inc., et al. | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Motion of John R. Crossin for leave to withdraw as counsel for plaintiff [61] is granted. Status hearing is set for 1/21/2014 at 11:00 a.m. for new counsel to appear. Defendants' motion for extension of time to 1/23/2014 to file reply briefs in support of motions to dismiss [62] is granted.

Date: January 6, 2014

_____
U.S. District Judge Joan H. Lefkow



U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:   1:13-cv-06143

Phyllis A. Huster v. j2 Global Communications, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Plaintiff, Phyllis A. Huster

| |
|---|
| NAME (Type or print) <br> James M. Falvey |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/James M. Falvey |
| FIRM <br> Falvey Law Office |
| STREET ADDRESS <br> 200 S. Wacker Drive, Suite 3100 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6210592 | 312-404-5839 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Yes |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Yes |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  No, but will be applying |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Yes |

B

Case 1:14-cv-03304-ELR   Document 112   Filed 12/15/14   Page 5 of 5

## CERTIFICATE OF SERVICE

The foregoing paper and Exs. A and B are being filed ~~electronically~~ by mail with the Clerk of the Court ~~using the CM/ECF system~~ on this 8th day of December, 2014, ~~which~~ the CM/ECF system will automatically send email notifications of such filing to all or any counsel of record. A copy is being e-mailed to Ms. Phyllis Huster at her last known addresseses, phyllis@deblume.com and rigel2020@gmail.com and another copy is being snail-mailed to new Illinois counsel Mr. James M. Falvey, at 200 S Wacker Dr., Ste 3100, Chicago, IL 60606.

/s/John R. Crossan