Exhibit A

Atty. Docket No. 3250.001agr0

## ASSIGNMENT

In consideration of the sum of One Dollar ($1.00) or equivalent and other good and valuable consideration paid to the undersigned inventor: **Phyllis Anke Huster** (hereafter referred to as the Assignor), hereby sells and assigns to **Phyllis Anke Technologies, LLC**, a corporation formed under the laws of Washington, whose mailing address is 822 3rd Avenue N #5, Seattle, Washington 98109 (hereafter referred to as the Assignee), his/her entire right, title and interest, including the right to sue for past infringement and to collect for all past, present and future damages, for the United States of America (as defined in 35 U.S.C. § 100) and throughout the world,

(a) in the inventions known as:

**MESSAGE STORAGE AND DELIVERY SYSTEM** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of April 28, 1995 (also known as United States Application No. 08/431,716, now United States Patent No. 5,675,507), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHODS FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of October 6, 1997 (also known as United States Application No. 08/944,741, now United States Patent No. 5,870,549), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHODS FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of November 5, 1998 (also known as United States Application No. 09/186,595, now United States Patent No. 6,350,066), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHODS FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of April 23, 2001 (also known as United States Application No. 09/840,759, now United States Patent No. 6,564,321), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHODS FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of May 12, 2003 (also known as United States Application No. 10/436,798, now

*PAH*

Atty. Docket No. 3250.001agr0

United States Patent No. 6,857,074), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHODS FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of October 14, 2004 (also known as United States Application No. 10/963,586, now United States Patent No. 7,895,306), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHOD FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of December 11, 2006 (also known as United States Application No. 11/608,986, now United States Patent No. 7,836,141), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHODS FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of December 11, 2006 (also known as United States Application No. 11/608,999, now United States Patent No. 7,895,313), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHOD FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of December 11, 2006 (also known as United States Application No. 11/609,003, now United States Patent No. 7,934,148), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHOD FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of December 11, 2006 (also known as United States Application No. 11/609,011, now abandoned), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHOD FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of December 11, 2006 (also known as United States Application No. 11/609,019, now



Atty. Docket No. 3250.001agr0

abandoned), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHODS FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of December 11, 2006 (also known as United States Application No. 11/609,025, now abandoned), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**SYSTEMS AND METHODS FOR STORING, DELIVERING, AND MANAGING MESSAGES** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of October 2, 1998 (also known as PCT Application No. US98/20732, now published as WO 1999/18716), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**MESSAGE STORAGE AND DELIVERY SYSTEM** for which application(s) for patent in the United States of America has a filing date or a 371(c) date of April 26, 1996 (also known as PCT Application No. US96/05910, now published as WO 1996/34341), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**MESSAGE STORAGE AND DELIVERY SYSTEM** for which application(s) for patent in Canada has a filing date or a 371(c) date of April 26, 1996 (also known as Canadian Application No. 19962232397, now published as CA2232397), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**MESSAGE STORAGE AND DELIVERY SYSTEM** for which application(s) for patent in Europe has a filing date or a 371(c) date of April 26, 1996 (also known as European Application No. 19960913855, now published as EP0870238), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**MESSAGE STORAGE AND DELIVERY SYSTEM** for which application(s) for patent in Europe has a filing date or a 371(c) date of April 26, 1996 (also known as European Application No. EP20090165919, now published as EP2107776), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**MESSAGE STORAGE AND DELIVERY SYSTEM** for which application(s) for patent in Europe has a filing date or a 371(c) date of

Atty. Docket No. 3250.001agr0

April 26, 1996 (also known as European Application No. EP20100182492, now published as EP2270668), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

**MESSAGE STORAGE AND DELIVERY SYSTEM** for which application(s) for patent in Europe has a filing date or a 371(c) date of April 26, 1996 (also known as European Application No. EP20100182527, now published as EP2270669), in any and all applications thereon, in any and all Letters Patent(s) therefor, and

(b) in any and all applications that claim the benefit of the patent applications listed above in part (a), including non-provisional applications, continuing (continuation, divisional, or continuation-in-part) applications, reissues, extensions, renewals and reexaminations of the patent applications or Letters Patent therefor listed above in part (a), to the full extent of the term or terms for which Letters Patents issue, and

(c) in any and all inventions described in the patent applications listed above in part (a), and in any and all forms of intellectual and industrial property protection derivable from such patent applications, and that are derivable from any and all continuing applications, reissues, extensions, renewals and reexaminations of such patent application, including, without limitation, patents, applications, utility models, inventor's certificates, and designs together with the right to file applications therefor; and including the right to claim the same priority rights from any previously filed applications under the International Agreement for the Protection of Industrial Property, or any other international agreement, or the domestic laws of the country in which any such application is filed, as may be applicable;

all such rights, title and interest to be held and enjoyed by the above-named Assignee, its successors, legal representatives and assigns to the same extent as all such rights, title and interest would have been held and enjoyed by the Assignor had this assignment and sale not been made.

The undersigned inventor agrees to execute all papers necessary in connection with the applications and any non-provisional, continuing (continuation, divisional, or continuation-in-part), reissue, reexamination or corresponding application(s) thereof and also to execute separate assignments in connection with such application(s) as the Assignee may deem necessary or expedient.

The undersigned inventor agrees to execute all papers necessary in connection with any interference or patent enforcement action (judicial or otherwise) related to the application(s) or any non-provisional, continuing (continuation, divisional, or continuation-in-part), reissue or

PAH

Atty. Docket No. 3250.001agr0

reexamination application(s) thereof and to cooperate with the Assignee in every way possible in obtaining evidence and going forward with such interference or patent enforcement action.

The undersigned inventor hereby represents that he/she has full right to convey the entire interest herein assigned, and that he/she has not executed, and will not execute, any agreement in conflict therewith.

IN WITNESS WHEREOF, executed by the undersigned inventor on the date opposite his/her name.

Date: 8/27/12     Signature of Inventor: _____
                                         Phyllis Anke Huster

On this 27 day of August, 2012, before me personally appeared Phyllis Anke Huster, personally known to me or proven on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument the person executed the instrument.

Subscribed and sworn to before me on this 27 day of August, 2012.

By: _____
        Notary Public

Notary public in and for the state of: Washington.
My commission expires on: 4-30-2015.

(Notarial Seal to be affixed)

HEATHER LEE KELLY-WEBB
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
04-30-15

1575590_1

Page 5 of 5