Exhibit B



FILED
KING COUNTY, WASHINGTON

JUN 1 2 2014

SUPERIOR COURT CLERK
BY PHILLIP HENNINGS
DEPUTY

Honorable Mariane Spearman
Civil Motion with Oral Argument
June 12, 2014 at 1:30 p.m.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| CROSSAN INTELLECTUAL PROPERTY LAW, LLC, an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PHYLLIS A. HUSTER and JOHN DOE HUSTER, and the marital community composed thereof,<br><br>Defendants. | NO. 14-2-05468-8 SEA<br><br>ORDER CHARGING DEBTORS' INTERESTS IN COMPANIES<br>(Clerk's Action Required) |

This matter having come before the Court upon the Motion of Plaintiff and Judgment Creditor Crossan Intellectual Property Law, LLC ("Crossan"), and the Court having reviewed the Motion for Charging Orders Against Debtors' Interests, the declaration in support thereof, the response of the Judgment Debtors with any supporting declarations, if any, and the reply of Crossan, if any, and the records and pleadings filed herein; the Court finds a judgment was entered in this Court in favor of Crossan on March 4, 2014 in the amount of $39,393.49 (the "Judgment"); that no Debtor has paid any amount toward the Judgment; and that pursuant to RCW 6.17.090 and

ORDER CHARGING DEBTORS' INTERESTS IN
COMPANIES - 1
{24050/U085963.DOC}


LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

RCW 25.15.255 sufficient basis exists for the issuance of charging orders against the Debtors' interests in limited liability companies they own and control. Therefore:

IT IS HEREBY ORDERED AND DECREED that Crossan's Motion for Charging Orders is hereby granted;

IT IS FURTHER ORDERED AND DECREED that pursuant to RCW 6.17.090 and RCW 25.15.255, Crossan is awarded a Charging Order charging – and Crossan is assigned – all of the Debtors' interest, whether direct or indirect, in PA Technologies LLC; and

IT IS FURTHER ORDERED AND DECREED that all of the Debtors are divested of any right, title, and interest, whether direct or indirect, in PA Technologies LLC and said charging orders and assignments shall remain in effect until the Judgment is satisfied.

DONE in open Court this __12__ day of ~~May~~ June 2014.

_____
Honorable Mariane Spearman
Chief Civil Judge

Presented by:

LASHER, HOLZAPFEL,
SPERRY & EBBERSON, P.L.L.C.

_____
Daniel D. Phaaris, WSBA No. 13617
Attorneys for Plaintiff

ORDER CHARGING DEBTORS' INTERESTS IN COMPANIES - 2
{24050/U085963.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563